# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRUNO QUISPE ROBERTS,

Petitioner,

v.

WARDEN / FACILITY ADMINISTRATOR, GOLDEN STATE ANNEX, et al.,

Respondents.

Case No. 1:26-cv-07632-JLT-EPG-HC

ORDER VACATING ORDER TO RESPOND AND BRIEFING SCHEDULE

(ECF No. 4)

On September 18, 2026, Petitioner, represented by counsel, filed a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) On September 22, 2026, the Court issued an order for Respondent to file a response to the petition and setting a briefing schedule. (ECF No. 4.) On September 24, 2026, Petitioner filed a motion for temporary restraining order ("TRO"). (ECF No. 5.) On September 24, 2026, the assigned district judge set a briefing schedule on the motion for TRO. (ECF No. 6.)

Accordingly, the Court HEREBY VACATES the September 22, 2026 order to respond and briefing schedule (ECF No. 4).

IT IS SO ORDERED.

Dated: **September 28, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE